ORDER

Based on the stipulation of the parties, it is hereby:

**ORDERED** discovery may be provided to the Defendant under the following conditions, with the restrictions and limitations set forth herein.

The Court approves the United States Attorney's Office to provide the Defendant with Bates numbered discovery and audio/video recordings that accompany such discovery on an external hard drive and laptop provided by standby counsel.

The Defendant's standby counsel shall provide the detention facility where the Defendant is held, currently the Minnehaha County Jail, with the laptop and external hard dive. The detention facility shall provide safekeeping of the laptop and external hard drive and allow the Defendant reasonable access to it in order to review discovery. Said computer shall not have access to the internet or any printing device. The detention facility shall ensure that the Defendant reviews the discovery on the laptop and external hard drive outside the presence of any other inmates at the facility and that the Defendant does not have any jail issued or other electronic devices, besides the laptop, with him when he reviews the discovery. The Defendant shall return the laptop and external hard drive to jail staff after he is done using it to review discovery and before returning to his cell. The detention facility shall secure the laptop and external hard drive when not in use. The detention facility shall return the laptop and external hard drive to the Defendant's standby counsel when Defendant moves from the facility.

It is **FURTHER ORDERED** that the laptop and the external hard drive and its contents shall remain in the sole custody of the detention facility at which the Defendant resides. The Defendant, the Defendant's standby counsel, and any detention facility acting as custodian of the storage device shall use due diligence and care to maintain

[3]

the property in good condition. The Defendant shall not make any copy of the discovery, paper or electronic. The Defendant is prohibited from discussing any of the discovery material with anyone except: 1. the Defendant's standby counsel; 2. staff employed by the Defendant's standby counsel; and 3. potential trial witnesses. The Defendant's standby counsel shall be responsible for explaining the terms of this ORDER to the defendant.

The Clerk's Office is directed to provide a copy of this ORDER to the Defendant, the Defendant's standby counsel, the United States Attorney's Office, and the United States Marshal's Service.

**IT IS SO ORDERED**.

Dated:_____

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge

[4]